# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:16-cv-08693-JFW-JCx  Date 5/4/17

Title: Jose Amador Jacobo v. Best Diamond Inc. et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

Proceedings: ☐ In Court  ☒ In Chambers  ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other NOTICE of Voluntary Dismissal - Make JS-6

☐ Entered _____.

Initials of Preparer  sr